IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-439-GCM

| | |
|---|---|
| SUE ANN MCHUGH and GARY W. MCHUGH, Plaintiffs, v. AMERICAN MEDICAL SYSTEMS, INC., Defendant. | ORDER GRANTING ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **STEPHEN R. HUNT, JR.**, filed July 18, 2012 [doc.#3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Hunt is admitted to appear before this court *pro hac vice* on behalf of plaintiffs.

**IT IS SO ORDERED.**

Signed: August 21, 2012

Graham C. Mullen
United States District Judge